## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAHAMUD NOOR MKOMWA,** | : | **CIVIL ACTION NO. 3:15-0317** |
| **Petitioner** | : | |
| | : | **(Mannion, D.J.)** |
| **v.** | : | **(Saporito, M.J.)** |
| **WARDEN MARY SABOL, et al.,** | : | |
| **Respondents** | : | |

## ORDER

For the reasons articulated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)   The petitioner's habeas petition, (Doc. 1), is **DISMISSED AS MOOT**; and

(2)   The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 12, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0317-01-ORDER.wpd